### UNITED STATES of America, Plaintiff–Appellee,

### v.

### Barron Fione JONES, Defendant–Appellant.

### No. 01–6246.

United States Court of Appeals, Fourth Circuit.

Submitted June 29, 2001.

Decided July 11, 2001.

Barron Fione Jones, pro se. Jerry Wayne Miller, United States Attorney, Asheville, NC, for appellee.

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Barron Fione Jones appeals the denial of his Fed.R.Civ.P. 60(b) motion for reconsideration of the district court's dismissal of his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Jones' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Jones,* Nos. CR–98–89; CA–00–142–T (W.D.N.C. June 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*